IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NAKEISHA DUCKWORTH                                                    PLAINTIFF

v.                              No. 4:25-cv-564-DPM

NAKEISHA DUCKWORTH                                                   DEFENDANT

ORDER

1.  Duckworth's application to proceed *in forma pauperis*, Doc. 1, is granted. She reports living on limited income.

2.  The Court must screen Duckworth's complaint. 28 U.S.C. § 1915(e)(2). The Court's rules require a short and plain statement of facts that show a plausible violation of some particular law. Fed. R. Civ. P. 8(a); 28 U.S.C. § 1915(e)(2)(B)(ii). Duckworth offers no facts or argument. Instead, she names herself as both plaintiff and defendant, points to the bankruptcy code, and cites various unidentified rules. The Court needs more information.

Duckworth's reliance on the bankruptcy code is unclear; a search of court records on PACER on 16 June 2025 indicated no past or present bankruptcy proceedings for her in the Eastern District of Arkansas. If she is attempting to initiate a bankruptcy action, she must do so in the bankruptcy court. Duckworth also attaches to the complaint an unsigned certification of judgment naming The Peaks at North Little Rock, Phase III as a defendant. A public records search showed that

The Peaks at Country Club currently has a pending unlawful detainer action against her in state court. *The Peaks at Country Club v. Duckworth*, 60CV-25-3513 (Pulaski County). It's unclear how this state case relates to Duckworth's unidentified federal claims. If she is attempting to stop the state landlord/tenant case filed against her, she can't do so here. To proceed in this Court, Duckworth must point to a federal claim on which she seeks relief. In short, because the Court is left to guess as to her federal claims, more information is needed.

3. Duckworth must file an amended complaint with more details by 30 July 2025. She must name a defendant (other than herself) and plainly state the facts supporting a federal claims, as well as the relief that she's seeking. If Duckworth does not, the Court will dismiss her case without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 June 2025